Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders, 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Sam Balsha obo Nafia Balsha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-0460 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Sam Balsha obo Nafia Balsha,<br>           Plaintiffs,<br>vs.<br>Pfizer Inc., et al.<br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, SAM BALSHA obo NAFIA BALSHA, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: _____, 2009 | WAGSTAFF & CARTMELL LLP |
| 2 | | By: /s/ Thomas P. Cartmell |
| 3 | | Thomas P. Cartmell |
| 4 | | Attorneys for Plaintiffs, Sam Balsha obo Nafia Balsha |
| 5 | DATED: May 14, 2009 | DLA PIPER LLP (US) |
| 6 | | By: /s/ |
| 7 | | Michelle W. Sadowsky |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009

_____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**